UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
John K. Shendock and  
Phyllis Shendock

Case No.: __16-28245/ABA__  
Chapter: __7__  
Judge: __ABA__

---

**NOTICE OF PROPOSED ABANDONMENT**

---

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court  
U.S. Post Office & Court House  
PO Box 2067, 401 Market Street  
Camden, NJ  08101-2067 |

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __January 24, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Time Share:  
The Ridge at Sedona, AZ  

FMV - $1,000.00 |

| Liens on property: | $4,380.96 - The Ridge of Sedona Gold |

| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:  /s/ Joseph D. Marchand, Chapter 7 Trustee  
Address:  117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302  
Telephone No.:  (856) 451-7600

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                       Case No. 16-28245-ABA
John K. Shendock                                             Chapter 7
Phyllis Shendock
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 3                  Date Rcvd: Dec 27, 2016
                              Form ID: pdf905             Total Noticed: 93


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
db/jdb         +John K. Shendock,    Phyllis Shendock,    PO Box 343,    Atco, NJ 08004-0343
516409045      +Adamar of New Jersey,    c/o Phillip S. VanEmbden, Esq.,     PO Box 863,
                 Millville, NJ 08332-0863
516409046      +Aetna,   c/o PRS,    1021 Windcross Court,    Franklin, TN 37067-2678
516409047      +Allied Building Products Corp.,     11 Cadillac Road,    Burlington, NJ 08016-4815
516460634      +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
516409048      +American Builders & Contractors Supply,     c/o Bart J. Klein, Esquire,    2066 millburn Avenue,
                 Maplewood, NJ 07040-3727
516409049       American Express,    PO Box 1270,    Newark, NJ 07101-1270
516409050     #+American Home Mortgage Servicing,     1525 S. Beltline Road,    Coppell, TX 75019-4913
516466846       Atlantic Care Regional,    PO Box 786361,    Philadelphia, PA 19178-6361
516409057     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
516409054       Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
516409053       Bank of America,    PO Box 45224,    Jacksonville, FL 32232-5224
516409058      +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
516409060       Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
516409061       Barclays Bank Delaware,    PO Box 13337,    Philadelphia, PA 19101-3337
516409062      +Bart J. Klein, Esq.,    2066 Millburn Avenue,    Maplewood, NJ 07040-3722
516409063      +Bradco Supply Corp.,    1646 West Chester Pike, Ste. 9,    West Chester, PA 19382-7979
516409066      +CBNA,   PO Box 6283,    Sioux Falls, SD 57117-6283
516409071     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,     541 Sid Martin Road,    Johnson City, TN 37615)
516466844       CVS/Specialty,    PO Box 846111,    Dallas, TX 75284-6111
516409064      +Cape Bank,    225 N. Main Street,    Cape May Court House, NJ 08210-2140
516409065      +Carole Jean Jordan,    Indian River Cty Tax Collector,    PO Box 1509,
                 Vero Beach, FL 32961-1509
516409068      +Chase,   201 N. Walnut Street Mailstop,     Wilmington, DE 19801-2920
516409067      +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
516409069       Chase Auto Finance,    PO Box 9001801,    Louisville, KY 40290-1801
516409070      +Chase Auto Finance,    PO Box 78101,    Phoenix, AZ 85062-8101
516409072       Citizens Auto Finance,    PO Box 42113,    Providence, RI 02940-2113
516409073       Cooper Diagnostic Radiology,    c/o C&H Collection Serv,    1 Federal Street,    N-100,
                 Camden, NJ 08103-1091
516409074      +Cooper Health System,    c/o Quality Asset Recovery,    7 Foster Ave., Ste. 101,
                 Gibbsboro, NJ 08026-1191
516466847       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
516409076       Debt Management Servicing Center,     Bureau of the Fiscal Service,    DMSC-Birmingham Office,
                 PO Box 830794,    Birmingham, AL 35283-0794
516409077      +Dill & Evans, PL,    1565 US Highway 1,    Sebastian, FL 32958-3895
516409079       Emergency Physicians Assoc. of SJ,     c/o HRRG Collections,    Po Box 5406,
                 Cincinnati, OH 45273-7942
516409081      +Englert, Inc.,    1200 Amboy Avenue,    Perth Amboy, NJ 08861-1956
516409082      +Estate of Maria Overdorf,    c/o Joanna Diamond, Executrix,    68 Lakeview Drive,
                 New Egypt, NJ 08533-1507
516409083      +Evesham MUA,    PO Box 467,   Marlton, NJ 08053-0467
516409084       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516409087       GM Financial,    PO Box 78143,    Phoenix, AZ 85062-8143
516409085      +Gary Gardner,    PO Box 599,    Medford, NJ 08055-0599
516409089       Greenville Health System,    255,   Enterprise Blvd., Ste. 210,    Greenville, SC 29615-3556
516409090       HCFS Healthcare Financial Services,     Akron Billing Center,    3585 Rodge Park Drive,
                 Akron, OH 44333-8203
516409094     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: HSBC/Bestbuy,     PO Box 15519,    Wilmington, DE 19850)
516409093      +HSBC Bank,   c/o Midland Funding,    2365 Northside Dr., Ste. 30,    San Diego, CA 92108-2709
516409092       Home Depot Credit Services,    Processing Center,    PO Box 689147,    Des Moines, IA 50368
516409091       Home Depot Credit Services,    Dept. 32-2534719996,    PO Box 9055,    Des Moines, IA 50368-9055
516409095       Labcorp,   PO Box 2240,    Burlington, NC 27216-2240
516409096      +Louis Kornhauser, Esquire,    770 Route 73,    West Berlin, NJ 08091-2608
516409099      +Marlton Animal Hospital,    9 W. Main Street,    Marlton, NJ 08053-2097
516409102       Miracle Financial, Inc.,    52 Armstrong Road,    Plymouth, MA 02360-4807
516409103      +Ocwen Loan Servicing,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
516409108      +PPL,   c/o Penn Credit Corporation,    916 S. 14th Street,    Harrisburg, PA 17104-3425
516466845      +Peterman Maxcy Associates, LLC,    20 E. Tauton Rd., Ste. 550,    Berlin, NJ 08009-2620
516409105      +Phelan Hallinan & Diamond,    400 Fellowship Road, Ste.100,    Mount Laurel, NJ 08054-3437
516409106      +Philip Shaller, Tax Collector,    PO Box 193,    Mountainhome, PA 18342-0193
516409107      +Pioneer Credit Recovery, Inc.,    26 Edward Street,    Arcade, NY 14009-1012
516409109      +Quality Asset Recovery, LLC,    7 Foster Ave., Ste. 101,    Gibbsboro, NJ 08026-1191
516409110      +Quality Roofing Supply So.,    751 Hylton Road,    Pennsauken, NJ 08110-1357
516409111      +Sanctuary Homeowners Association,    14000 Horizon Hwy., Ste. 200,    Mount Laurel, NJ 08054-4342
516409112      +Sean Morris,    740 Walt Whitman Road,    Melville, NY 11747-2212
516409113       Sears,   PO Box 183082,    Columbus, OH 43218-3082
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Dec 27, 2016
                               Form ID: pdf905              Total Noticed: 93


516409114      Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
516409115      Small Business Administration,    c/o U.S. Dept. of Treasury,    Debt Management Services,
                PO box 979101,    Saint Louis, MO 63197-9000
516409116     +South Jersey Gas Company,    PO Box 6091,    Bellmawr, NJ 08099-6091
516409117     +South Jersey Radiology Assoc.,    PO Box 1710,    Voorhees, NJ 08043-7710
516409119      Sterling Medical Services, LLC,    PO Box 827951,    Philadelphia, PA 19182-7951
516409120     +Sun National Bank,    226 W. Landis Avenue,    Vineland, NJ 08360-8142
516409121     +Sunnova,    20 E. Greenway Plaza,    Suite 475,    Houston, TX 77046-2015
516409123     +TD Bank NA,    2035 Limestone Road,    Wilmington, DE 19808-5529
516409122     +Target,    PO Box 673,    Minneapolis, MN 55440-0673
516409124     +The Ridge of Sedona Gold,    10600 W. Charleston Blvd.,    Las Vegas, NV 89135-1014
516409125      Thomas Jefferson University Hospital,    c/o ProCo,    PO Box 2462,    Aston, PA 19014-0462
516409127      US Dept. of Education,    PO Box 530260,    Atlanta, GA 30353-0260
516409126     +Universal Supply Company,    582 S. Egg Harbor Road,    Hammonton, NJ 08037-3341
516409128      Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
516409129      Virtua Health & Rehabilitation Center,    PO Box 6034,    Bellmawr, NJ 08099-6034
516409130      Virtua Health System-WJ,    c/o Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
516409131     +Virtua Health Voorhees,    Mail Processing Center,    2 Brighton Road,    Clifton, NJ 07012-1663
516409132     +Virtua Health-West Jersey,    c/o AMCOL Systems Inc.,    PO Box 21625,    Columbia, SC 29221-1625
516409134     +YellowBook,    c/o Clovis & Roche, Inc.,    PO Box 1164,    Metairie, LA 70004-1164
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2016 02:42:47     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2016 02:42:45     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516409051      E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 28 2016 02:42:55     American Honda Finance,
                PO Box 105027,    Atlanta, GA 30348-5027
516409052     +E-mail/Text: bankruptcy@pepcoholdings.com Dec 28 2016 02:42:27     Atlantic City Electric,
                PO Box 13610,    Philadelphia, PA 19101-3610
516409075     +E-mail/Text: bankruptcy@icsystem.com Dec 28 2016 02:43:18     Cumberland Orthopaedics,
                c/o IC Systems Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
516409078      E-mail/Text: bankruptcy.bnc@ditech.com Dec 28 2016 02:42:29     Ditech Financial LLC,
                PO Box 6172,    Rapid City, SD 57709-6172
516409086     +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2016 23:58:48      Gembppplus,    POO Box 981416,
                El Paso, TX 79998-1416
516409098      E-mail/Text: camanagement@mtb.com Dec 28 2016 02:42:31     M&T Bank,    1 Fountain Plaza, Ff. 3,
                Buffalo, NY 14203
516409097      E-mail/Text: camanagement@mtb.com Dec 28 2016 02:42:31     M&T Bank,    PO Box 62085,
                Baltimore, MD 21264-2085
516409100     +E-mail/Text: mmrgbk@miramedrg.com Dec 28 2016 02:42:49     Med1 02 Teamhealth,
                c/o Miramed Revenue Group,    991 Oak Creek Drive,    Lombard, IL 60148-6408
516409104      E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2016 23:58:48      PayPal Plus,    PO Box 960080,
                Orlando, FL 32896-0080
516409118     +E-mail/Text: appebnmailbox@sprint.com Dec 28 2016 02:42:41     Sprint,    PO Box 8077,
                London, KY 40742-8077
516410928      E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2016 23:58:48      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516409133     +E-mail/Text: tax@waterfordtwp.org Dec 28 2016 02:43:20     Waterford Township Taxing Authority,
                2131 Auburn Avenue,    Atco, NJ 08004-1995
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516409080      Englert Inc.
516409056    ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
516409055    ##+Bank of America,    PO Box 1598,    Norfolk, VA 23501-1598
516409059    ##+Bank of America Home Loans,    1515 W. 14th Street,    AZ1-807-01-19,    Tempe, AZ 85281-6910
516409088     ##GMAC Mortgage,    PO Box 79135,    Phoenix, AZ 85062-9135
516409101    ##+Medical Alert,    1974 Sproul Rd., Ste. 204,    Broomall, PA 19008-3402
                                                                                              TOTALS: 1, * 0, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1              User: admin              Page 3 of 3              Date Rcvd: Dec 27, 2016
                                  Form ID: pdf905          Total Noticed: 93
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John   Crayton    on behalf of Debtor John K. Shendock jcrayton@verizon.net,
               nydia.ramirez@verizon.net
              John   Crayton    on behalf of Joint Debtor Phyllis   Shendock jcrayton@verizon.net,
               nydia.ramirez@verizon.net
              Joseph   Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
                                                                                                     TOTAL: 4
```