Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−28245−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John K. Shendock
dba Sean−Tor General Construction, Inc.,
dba Sean−Tor Roofing, LLC, dba Sebastian
Metal Supply of NJ, LLC, dba SMS
General Construction, LLC
PO Box 343
Atco, NJ 08004

Phyllis Shendock
PO Box 343
Atco, NJ 08004

Social Security No.:
xxx−xx−4259                xxx−xx−8815

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 25, 2017        Andrew B. Altenburg Jr.
                               Judge, United States Bankruptcy Court