UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

43904

John R. Morton, Jr., Esq.

110 Marter Avenue

Suite 301

Moorestown, NJ 08057

Attorney for AmeriCredit Financial Services, Inc. dba GM Financial

File No. 43904

JM-5630

---

**Order Filed on June 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
JOHN K. SHENDOCK
PHYLLIS SHENDOCK

Case No.: 16-28245

Adv. No.:

Hearing Date: 4-18-2017

Judge: Hon. Andrew B. Altenburg, Jr.

# ORDER REOPENING CASE FOR THE LIMITED PURPOSE OF ENLARGING TIME TO FILE A REAFFIRMATION AGREEMENT UNDER FED. R. BANKR. P. 4008

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 13, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:   John and Phyllis Shendock / 43904

Case No:  16-28245 (ABA)

Order reopening case for the limited purpose of enlarging time to file a reaffirmation agreement under Fed. R. Bankr. P. 4008.

Upon consideration of the motion of AmeriCredit Financial Services, Inc. dba GM Financial for an order to reopen case and vacate discharge for the limited purpose of filing a reaffirmation agreement and enlarging time to file a reaffirmation agreement under Fed. R. Bankr. P. 4008, and good cause appearing therefore, it is hereby

**ORDERED** that the within matter is hereby re-opened for the limited purpose of enlarging the time under Fed. R. Bankr. P. 4008 to file the reaffirmation agreement filed on January 6, 2017.

**IT IS FURTHER ORDERED** that the case should be re-closed 30 days from the entry of this Order.