UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
43904
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc. dba GM Financial
File No. 43904
JM-5630

In Re:
JOHN K. SHENDOCK
PHYLLIS SHENDOCK

**Order Filed on June 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-28245

Adv. No.:

Hearing Date: 4-18-2017

Judge: Hon. Andrew B. Altenburg, Jr.

# ORDER REOPENING CASE FOR THE LIMITED PURPOSE OF ENLARGING TIME TO FILE A REAFFIRMATION AGREEMENT UNDER FED. R. BANKR. P. 4008

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 13, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:   John and Phyllis Shendock / 43904

Case No:  16-28245 (ABA)

Order reopening case for the limited purpose of enlarging time to file a reaffirmation agreement under Fed. R. Bankr. P. 4008.

Upon consideration of the motion of AmeriCredit Financial Services, Inc. dba GM Financial for an order to reopen case and vacate discharge for the limited purpose of filing a reaffirmation agreement and enlarging time to file a reaffirmation agreement under Fed. R. Bankr. P. 4008, and good cause appearing therefore, it is hereby

**ORDERED** that the within matter is hereby re-opened for the limited purpose of enlarging the time under Fed. R. Bankr. P. 4008 to file the reaffirmation agreement filed on January 6, 2017.

**IT IS FURTHER ORDERED** that the case should be re-closed 30 days from the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
John K. Shendock  
Phyllis Shendock  
    Debtors

Case No. 16-28245-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 13, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.  
db/jdb         +John K. Shendock,    Phyllis Shendock,    PO Box 343,    Atco, NJ 08004-0343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John Crayton    on behalf of Debtor John K. Shendock jcrayton@verizon.net, nydia.ramirez@verizon.net  
         John Crayton    on behalf of Joint Debtor Phyllis Shendock jcrayton@verizon.net, nydia.ramirez@verizon.net  
         John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com  
         Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
         Justin Plean    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
                                                                                                    TOTAL: 6