Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  16−28245−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   John K. Shendock                                   Phyllis Shendock
   dba Sean−Tor General Construction, Inc.,    PO Box 343
   dba Sean−Tor Roofing, LLC, dba Sebastian   Atco, NJ 08004
   Metal Supply of NJ, LLC, dba SMS
   General Construction, LLC
   PO Box 343
   Atco, NJ 08004

Social Security No.:
   xxx−xx−4259                                           xxx−xx−8815

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 28, 2017</u>                 <u>Andrew B. Altenburg Jr.</u>
                                          Judge, United States Bankruptcy Court